UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CRIMINAL NO. 07-10196-RWZ


UNITED STATES OF AMERICA

v.

JOSE A. ORTIZ


ORDER

January 21, 2015


ZOBEL, D.J.

    Pursuant to 18 U.S.C. § 3582(c)(2) and in accordance with the parties' Joint

Status Report (Docket No. 46), it is ordered that effective November 1, 2015, the

sentence previously imposed be reduced to a sentence of imprisonment for a period of

108 months, but, in no event, less than time served on November 1, 2015.




    January 21, 2015                              /s/Rya W. Zobel

       DATE                                        RYA W. ZOBEL
                                          UNITED STATES DISTRICT JUDGE